UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al., | CASE NO. C25-2301-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| NEWTON UNDERGROUND INC., | |
| Defendant(s). | |

Plaintiffs filed this case on November 17, 2025.  Dkt. No. 1.  Under Federal Rule of Civil Procedure 4(m), Plaintiffs must serve the complaint within 90 days of filing.  No proof of service has been filed.  Accordingly, Plaintiffs are ORDERED to show cause no later than March 6, 2026, why this case should not be dismissed for failure to prosecute.  If Plaintiffs do not respond to this order, the Court will dismiss the case without prejudice.

Dated this 20th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1