UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.,<br>Plaintiff(s),<br><br>v.<br><br>NEWTON UNDERGROUND INC.,<br>Defendant(s). | CASE NO. C25-2301-KKE<br><br>DISMISSAL ORDER |

This matter comes before the Court on Plaintiffs' failure to respond to the Court's order to show cause. *See* Dkt. No. 6. Plaintiffs filed this action on November 17, 2025. Dkt. No. 1. On February 20, 2026, the Court ordered Plaintiffs to show cause by March 6, 2026 why the case "should not be dismissed for failure to prosecute" because they did not serve the Defendant within 90 days of filing their complaint. Dkt. No. 6. Plaintiffs did not respond. Accordingly, this case is DISMISSED without prejudice for failure to prosecute.

The Clerk is instructed to close the case. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 10th day of April, 2026.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1